UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ASUSTEK COMPUTER, INC.,

                                      Plaintiff,

    -against-

SHANGHAI EASTERN FUDART TRANSPORT
SERVICES CO., LTD., CHINA EASTERN AIRLINES
CO., LTD., CHINA CARGO AIRLINES, AIR CHINA,
DART EXPRESS (TAIWAN) LTD., ULTRA AIR
CARGO, INC., TRUXTON LOGISTICS CORP. and
LOS ANGELES EL PASO EXPRESS LEE, INC.,

                                      Defendants.

------------------------------------------------------------------X

RULE 7.1 STATEMENT



RECEIVED
MAR 17 2008
U.S.D.C. S.D. N.Y.
CASHIER

       Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification of recusal, the undersigned attorney of record for Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

                                          **NONE**

Dated: New York, New York
       March 12, 2008

                                          Matthew T. Loesberg (ML-3708)