*Memerton, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x    AH-3515
ASUSTEK COMPUTER, INC.,                                     :

        Plaintiff,                                        :
                                                                 Case No: 08-CV-02770 (CM)
  - against -                                              :
                                                                 **STIPULATION AND ORDER**
SHANGHAI EASTERN FUDART                                     :    **EXTENDING TIME TO**
TRANSPORT SERVICES CO., LTD.,                                    **ANSWER**
CHINA EASTERN AIRLINES CO., LTD.,                           :
CHINA CARGO AIRLINES, AIR CHINA,
DART EXPRESS (TAIWAN) LTD., ULTRA                           :
AIR CARGO, INC., TRUXTON LOGISTICS
CORP. and LOS ANGELES EL PASO                               :
EXPRESS LEE, INC.,
                                                            :
        Defendants.
-----------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for plaintiff Asustek Computer, Inc. and defendants China Cargo Airlines Ltd. (incorrectly sued as "China Cargo Airlines"), and China Eastern Airlines Co., Ltd., that China Cargo Airlines Ltd., and China Eastern Airlines Co., Ltd.'s time to serve and file a responsive pleading to the Complaint is hereby extended until and including May 9, 2008.

Dated: New York, New York
       April 28, 2008

McDERMOTT & RADZIK, LLP                                     CLYDE & CO US LLP

By _____                                  By _____
   Matthew T. Loesberg (ML-3708)                             Andrew J. Harakas (AH-3515)
Wall Street Plaza                                           The Chrysler Building
88 Pine Street                                              405 Lexington Avenue
New York, New York 10005                                    New York, New York 10174
(212) 376-6400                                              212-710-3900
Attorneys for Plaintiff                                     Attorneys for Defendants
                                                            China Eastern Airlines Co., Ltd., and
                                                            China Cargo Airlines Ltd.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08
```

SO ORDERED:

_[signature]_
U.S.D.J.

4-30-2008

2