*McMahon, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   GT-9127

ASUSTEK COMPUTER, INC.,

        Plaintiff,

    -against-

SHANGHAI EASTERN FUDART
TRANSPORT SERVICES CO., LTD.,
CHINA EASTERN AIRLINES CO., LTD.,
CHINA CARGO AIRLINES, AIR CHINA,
DART EXPRESS (TAIWAN) LTD., ULTRA
AIR CARGO, INC., TRUXTON LOGISTICS
CORP. and LOS ANGELES EL PASO
EXPRESS LEE, INC.

        Defendants
------------------------------------------------------------X

Case No: 08-CV-02770 (CM)

**STIPULATION AND ORDER
EXTENDING TIME TO
RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for plaintiff ASUSTEK COMPUTER, INC. and defendants SHANGHAI EASTERN FUDART TRANSPORT SERVICES CO., LTD., CHINA EASTERN AIRLINES CO., LTD., CHINA CARGO AIRLINES and AIR CHINA that the time to serve and file a responsive pleading on behalf of said defendants be extended to and including May 30, 2008.

This Stipulation supersedes the prior Stipulation of April 28, 2008 and filed May 1, 2008 purportedly on behalf of defendants China Eastern Airlines Co. and China Cargo Airlines.

3217536.1

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

Dated: New York, New York
      May __, 2008

| McDERMOTT & RADZIK, LLP | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
|---|---|
| By _____ <br> Matthew T. Loesberg (ML-3708) <br> Wall Street Plaza <br> 88 Pine Street <br> New York, New York 10005 <br> (212) 376-6400 <br> Attorneys for Plaintiff <br> File 6508-56 (FCR/MTL) | By _____ <br> George N. Tompkins, III (GT-9127) <br> 150 East 42nd Street <br> New York, New York 10017 <br> (212) 490-3000 <br> Attorneys for Defendants <br> China Eastern Airlines Co., Ltd., <br> China Cargo Airlines, Air China and <br> Shanghai Eastern Fudart Transport <br> Services Co., Ltd. |

SO ORDERED:

_____
U.S.D.J

5-6-08

2

3217536.1