UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x    AH-3515
ASUSTEK COMPUTER, INC.,                            :

         Plaintiff,                                      :

                                         Case No: 08-CV-02770 (CM)
  - against -                                                   :
                                         **RULE 7.1 STATEMENT**

SHANGHAI EASTERN FUDART                        :
TRANSPORT SERVICES CO., LTD.,
CHINA EASTERN AIRLINES CO., LTD.,           :
CHINA CARGO AIRLINES, AIR CHINA,
DART EXPRESS (TAIWAN) LTD., ULTRA      :
AIR CARGO, INC., TRUXTON LOGISTICS
CORP. and LOS ANGELES EL PASO           :
EXPRESS LEE, INC.,

                                           :

         Defendants.
-----------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for China Eastern Airlines Co., Ltd. ("China Eastern"), certify that the following are parent corporations or publicly held corporations that own more than 10% of stock of China Eastern:

      None

Dated:  New York, New York
           May 30, 2008

                                        CLYDE & CO US LLP

                                        By: _____
                                            Andrew J. Harakas (AH 3515)
                                        The Chrysler Building
                                        405 Lexington Avenue
                                        New York, New York 10174
                                        (212) 710-3900

                                        Attorneys for Defendant
                                        China Eastern Airlines Co., Ltd.