UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x   AH-3515
ASUSTEK COMPUTER, INC.,                          :

              Plaintiff,                              :
                                              Case No: 08-CV-02770 (CM)
    - against -                                        :
                                            **RULE 7.1 STATEMENT**

SHANGHAI EASTERN FUDART                      :
TRANSPORT SERVICES CO., LTD.,
CHINA EASTERN AIRLINES CO., LTD.,            :
CHINA CARGO AIRLINES, AIR CHINA,
DART EXPRESS (TAIWAN) LTD., ULTRA            :
AIR CARGO, INC., TRUXTON LOGISTICS
CORP. and LOS ANGELES EL PASO                :
EXPRESS LEE, INC.,
                                              :
              Defendants.
------------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for China Cargo Airlines Ltd. (incorrectly sued herein as "China Cargo Airlines" and hereinafter "China Cargo"), certify that the following are parent corporations or publicly held corporations that own more than 10% of stock of China Cargo:

    China Eastern Airlines Co., Ltd.

Dated: New York, New York
       May 30, 2008

                                              CLYDE & CO US LLP

                                              By: _Andrew J. Harakas/KT_
                                                  Andrew J. Harakas (AH 3515)
                                              The Chrysler Building
                                              405 Lexington Avenue
                                              New York, New York 10174
                                              (212) 710-3900

                                              Attorneys for Defendant
                                              China Cargo Airlines Ltd.