UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x   AH-3515
ASUSTEK COMPUTER, INC.,                                      :

              Plaintiff,                                     :
                                                               Case No: 08-CV-02770 (CM)
   - against -                                                          :
                                                                **RULE 7.1 STATEMENT**

SHANGHAI EASTERN FUDART                              :
TRANSPORT SERVICES CO., LTD.,
CHINA EASTERN AIRLINES CO., LTD.,                :
CHINA CARGO AIRLINES, AIR CHINA,
DART EXPRESS (TAIWAN) LTD., ULTRA            :
AIR CARGO, INC., TRUXTON LOGISTICS
CORP. and LOS ANGELES EL PASO                    :
EXPRESS LEE, INC.,

                                                               :
              Defendants.
------------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Air China Ltd. (incorrectly sued herein as "Air China" and hereinafter "Air China"), by its attorneys Clyde & Co US LLP, certify that the following are parent corporations or publicly held corporations that own more than 10% of stock of Air China:

      None

Dated:  New York, New York
            May 30, 2008
                                                   CLYDE & CO US LLP

                                                   By: _/s/ Andrew J. Harakas/KCT_
                                                     Andrew J. Harakas (AH 3515)
                                                 The Chrysler Building
                                                 405 Lexington Avenue
                                                 New York, New York 10174
                                                 (212) 710-3900

                                                 Attorneys for Defendant
                                                 Air China Ltd.