# United States District Court

SOUTHERN DISTRICT OF NEW YORK

ASUSTEK COMPUTER, INC.,

PLAINTIFF,

SUMMONS IN A CIVIL CASE

V.

SHANGHAI EASTERN FUDART TRANSPORT SERVICES CO., LTD., CHINA EASTERN AIRLINES CO., LTD., CHINA CARGO AIRLINES, AIR CHINA, DART EXPRESS (TAIWAN) LTD., ULTRA AIR CARGO, INC., TRUXTON LOGISTICS CORP. and LOS ANGELES EL PASO EXPRESS LEE, INC.,
DEFENDANTS.

CASE NUMBER: 08 CV 02770

TO: (Name and address of defendant)

SEE ATTACHED SCHEDULE B

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

McDERMOTT & RADZIK, LLP
WALL STREET PLAZA
88 PINE STREET
NEW YORK, NEW YORK 10005

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE MAR 17 2008

MTL

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE MAY 27th, 2008 P.J.M. ~~June 6, 2008~~ ||
| NAME OF SERVER (PRINT) **PHILLIP MARIN** | TITLE **PROCESS SERVER** ||
| Check one box below to indicate appropriate method of service |||
| **/LOS ANGELES EL PASO EXPRESS LEE, INC.** Served personally upon the defendant. Place where served: **1700 Delta, El Paso, Tx. 79901** |||
| ☒ Left Copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _Guillermo Gomez_ |||
| ☐ Returned unexecuted: |||
| ☒ Other (specify): Description of _Male, hispanic, 5'4" about 150 lbs (Mid 50's age) salt & pepper hair Name Guillermo Gomez_ |||
| STATEMENT OF SERVICE FEES |||
| TRAVEL | SERVICES | TOTAL |
| DECLARATION OF SERVER |||

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on : **JUNE 6, 2008**
Date

Signature of Server
Phillip J Marin

5217 Texas, El Paso Tx 79901
Address of Server

VALENTIN ALEJANDRO QUINTERO
Notary Public, State of Texas
My Commission Expires
April 07, 2010

_Valentin A. Quintero_

Guillermo Gomez
6/6/8  12:15/15

RECEIVED JUL 1 1 2008
McDERMOTT & RADZIK, LLP