Barry N. Gutterman, Esq. (BG6410)
Barry N. Gutterman & Associates, P.C.
Attorneys for Defendant
Los Angeles El Paso Express Lee, Inc.
60 East 42nd Street, 46th Floor
New York, New York  10165
(212) 983-1466

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ASUSTEK COMPUTER, INC.<br><br>       Plaintiff,<br><br>v.<br><br>SHANGHAI EASTERN FUDART TRANSPORT SERVICES CO., LTD., CHINA EASTERN AIRLINES CO., LTD., CHINA CARGO AIRLINES, AIR CHINA, DART EXPRESS (TAIWAN) LTD., ULTRA AIR CARGO, INC., TRUXTON LOGISTICS CORP. and LOS ANGELES EL PASO EXPRESS LEE, INC.,<br><br>       Defendants. | **ECF Case**<br><br>**08 CV 02770**<br>**(Judge McMahon)**<br><br>**LOCAL RULE**<br>**7.1 STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Los Angeles El Paso Express Lee, Inc., a non-governmental, corporate party, certifies for purposes of Rule 7.1 only that the following are corporate parents of Los Angeles El Paso Express Lee, Inc. or publicly held corporations that own 10% or more of Los Angeles El Paso Express Lee, Inc. stock:

              **NONE**

Dated: New York, New York
June 18, 2008

                        By:    /s/ Barry N. Gutterman
                                 Barry N. Gutterman, Esq. (BG6410)
                                 Barry N. Gutterman & Associates, P.C.
                                 60 East 42nd Street, 46th Floor
                                 New York, New York  10165
                                 Phone: (212) 983-1466
                                 Fax: (212) 983-1229

                                 Attorneys for Defendant
                                 Los Angeles El Paso Express Lee, Inc.


To:    Edward C. Radzik, Esq.
        Matthew Todd Loesberg, Esq.
        McDermott & Radzik, LLP
        Wall Street Plaza
        88 Pine Street – 21st Floor
        New York, New York 10005-1801
        (212) 376-6400

        Attorneys for Plaintiff


        Andrew J. Harakas, Esq.
        Clyde & Co. US LLP (NYC)
        The Chrysler Building
        405 Lexington Avenue
        New York, New York 10174

        Attorneys for Defendants
        China Eastern Airlines Co., Ltd.
        China Cargo Airlines, Ltd.
        Air China, Ltd.


        Shanghai Eastern Fudart Transport Services Co., Inc.
        5481 W. Imperial Highway, Suite 316
        Los Angeles, California 90045

Dart Express (Taiwan) Ltd.
Room A& D 20/F
International Trade Building
No. 388 Hubin South Road, 361004
Xiamen, China


Ultra Air Cargo, Inc.
555 Isis Avenue
Inglewood, California 90301


Truxton Logistics Corp.
P.O. Box 83104
Los Angeles, California 90045


LE-2901.7.1 Statement