Barry N. Gutterman, Esq. (BG6410)
Barry N. Gutterman & Associates, P.C.
Attorneys for Defendant
Los Angeles El Paso Express Lee, Inc.
60 East 42nd Street, 46th Floor
New York, New York  10165
(212) 983-1466

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ASUSTEK COMPUTER, INC.<br><br>                            Plaintiff,<br><br>v.<br><br>SHANGHAI EASTERN FUDART TRANSPORT SERVICES CO., LTD., CHINA EASTERN AIRLINES CO., LTD., CHINA CARGO AIRLINES, AIR CHINA, DART EXPRESS (TAIWAN) LTD., ULTRA AIR CARGO, INC., TRUXTON LOGISTICS CORP. and LOS ANGELES EL PASO EXPRESS LEE, INC.,<br><br>                            Defendants. | **ECF Case**<br><br>**08 CV 02770**<br>**(Judge McMahon)** |

**LOS ANGELES EL PASO EXPRESS INC.'S ANSWER AND AFFIRMATIVE**
**DEFENSES TO CHINA CARGO AIRLINES' CROSS-CLAIMS**

Defendant, Los Angeles El Paso Express Lee, Inc. ("Lee") by its attorneys, Barry N. Gutterman & Associates, P.C., for its Answer and Affirmative Defenses to Defendant China Cargo Airlines ("China Cargo") Cross-Claims, alleges upon information and belief:

19.     Lee denies the allegations contained in paragraph 19 of the Cross-Claims.

20.     Lee denies the allegations contained in paragraph 20 or the Cross-Claims.

21.     Lee denies the allegations contained in paragraph 21 of the Cross-Claims

22.     Lee denies the allegations contained in paragraph 22 of the Cross-Claims

23. Lee denies knowledge or information sufficient to admit or deny the allegations contained in paragraph 23 of the Cross-Claims and therefore denies same and leaves China Cargo to its proof.

**AS AND FOR A FIRST
<u>AFFIRMATIVE DEFENSE</u>**

24. In the event that said shipment moved subject to any statutory or contractual limitations of liability, either specifically agreed to or contained in any applicable law, tariffs, circulars, and/or governing publications, the plaintiff and/or China Cargo may not recover in excess of such limitations.

**AS AND FOR A SECOND
<u>AFFIRMATIVE DEFENSE</u>**

25. To the extent that the plaintiff and/or China Cargo failed to meet the minimum filing requirements of filing a proper written claim within the time prescribed, this lawsuit is time barred.

**AS AND FOR A THIRD
<u>AFFIRMATIVE DEFENSE</u>**

26. The complaint and cross-claims fail to state a claim against Lee upon which relief may be granted.

**AS AND FOR A FOURTH
<u>AFFIRMATIVE DEFENSE</u>**

27. The bill of lading, tariffs and classifications, and the governing publications do not contemplate responsibility for special damages. To the extent that plaintiff and/or China Cargo seeks recovery for special damages, Lee is not responsible for such amounts.

**AS AND FOR A FIFTH**
**AFFIRMATIVE DEFENSE**

28. Lee is not responsible or liable for any negligence which was a proximate cause of any alleged incident or damages of which plaintiff and China Cargo allege.

**AS AND FOR A SIXTH**
**AFFIRMATIVE DEFENSE**

30. Plaintiff's state law claims are preempted by federal law, which govern this matter.

**AS AND FOR A SEVENTH**
**AFFIRMATIVE DEFENSE**

31. Plaintiff failed to mitigate its damages, if any, and, therefore, plaintiff and China Cargo are barred from recovering any such damages from Lee.

**AS AND FOR AN EIGHTH**
**AFFIRMATIVE DEFENSE**

32. Plaintiff's complaint and China Cargo's cross-claims should be dismissed, as the United States District Court for the Southern District of New York is an improper venue and/or the action should be transferred pursuant to 28 U.S.C. §1404.

**AS AND FOR A NINTH**
**AFFIRMATIVE DEFENSE**

33. Plaintiff's complaint and China Cargo's cross-claims should be dismissed pursuant to the doctrine of forum non conveniens.

WHEREFORE, Defendant Los Angeles El Paso Express Lee, Inc. demands judgment be entered herein: (1) dismissing China Cargo's cross-claims against it with prejudice, together with interest, costs, disbursements and attorney fees incurred herein; and (2) for such other further and/or different relief as this court may deem just and proper.

Dated: New York, New York
June 23, 2008

                          By:    /s/ <u>Barry N. Gutterman</u>
                                 Barry N. Gutterman, Esq. (BG6410)
                                 Barry N. Gutterman & Associates, P.C.
                                 60 East 42nd Street, 46th Floor
                                 New York, New York  10165
                                 Phone: (212) 983-1466
                                 Fax: (212) 983-1229

                                 Attorneys for Defendant
                                 Los Angeles El Paso Express Lee, Inc.

To:    Edward C. Radzik, Esq.
        Matthew Todd Loesberg, Esq.
        McDermott & Radzik, LLP
        Wall Street Plaza
        88 Pine Street – 21st Floor
        New York, New York 10005-1801
        (212) 376-6400

        Attorneys for Plaintiff


        Andrew J. Harakas, Esq.
        Clyde & Co. US LLP (NYC)
        The Chrysler Building
        405 Lexington Avenue
        New York, New York 10174

        Attorneys for Defendants
        China Eastern Airlines Co., Ltd.
        China Cargo Airlines, Ltd.
        Air China, Ltd.


        Shanghai Eastern Fudart Transport Services Co., Inc.
        5481 W. Imperial Highway, Suite 316
        Los Angeles, California 90045

Dart Express (Taiwan) Ltd.
Room A& D 20/F
International Trade Building
No. 388 Hubin South Road, 361004
Xiamen, China


Ultra Air Cargo, Inc.
555 Isis Avenue
Inglewood, California 90301


Truxton Logistics Corp.
P.O. Box 83104
Los Angeles, California 90045


LE-2901.AAD.Cross Claims China Cargo