Barry N. Gutterman, Esq. (BG6410)
Barry N. Gutterman & Associates, P.C.
Attorneys for Defendant
Los Angeles El Paso Express Lee, Inc.
60 East 42nd Street, 46th Floor
New York, New York  10165
(212) 983-1466

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ASUSTEK COMPUTER, INC.<br><br>                                        Plaintiff,<br><br>v.<br><br>SHANGHAI EASTERN FUDART TRANSPORT SERVICES CO., LTD., CHINA EASTERN AIRLINES CO., LTD., CHINA CARGO AIRLINES, AIR CHINA, DART EXPRESS (TAIWAN) LTD., ULTRA AIR CARGO, INC., TRUXTON LOGISTICS CORP. and LOS ANGELES EL PASO EXPRESS LEE, INC.,<br><br>                                        Defendants. | **ECF Case**<br><br>**08 CV 02770**<br>**(Judge McMahon)** |

**LOS ANGELES EL PASO EXPRESS INC.'S ANSWER AND AFFIRMATIVE**
**DEFENSES TO AIR CHINA LTD.'S CROSS-CLAIMS**

Defendant, Los Angeles El Paso Express Lee, Inc. ("Lee") by its attorneys, Barry N. Gutterman & Associates, P.C., for its Answer and Affirmative Defenses to Defendant Air China Ltd.'s ("Air China") Cross-Claims, alleges upon information and belief:

19.    Lee denies the allegations contained in paragraph 19 of the Cross-Claims.

20.    Lee denies the allegations contained in paragraph 20 or the Cross-Claims.

21.    Lee denies the allegations contained in paragraph 21 of the Cross-Claims

22.    Lee denies the allegations contained in paragraph 22 of the Cross-Claims

23. Lee denies knowledge or information sufficient to admit or deny the allegations contained in paragraph 23 of the Cross-Claims and therefore denies same and leaves Air China to its proof.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

24. In the event that said shipment moved subject to any statutory or contractual limitations of liability, either specifically agreed to or contained in any applicable law, tariffs, circulars, and/or governing publications, the plaintiff and/or Air China may not recover in excess of such limitations.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

25. To the extent that the plaintiff and/or Air China failed to meet the minimum filing requirements of filing a proper written claim within the time prescribed, this lawsuit is time barred.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

26. The complaint and cross-claims fail to state a claim against Lee upon which relief may be granted.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

27. The bill of lading, tariffs and classifications, and the governing publications do not contemplate responsibility for special damages. To the extent that plaintiff and/or Air China seeks recovery for special damages, Lee is not responsible for such amounts.

**AS AND FOR A FIFTH
AFFIRMATIVE DEFENSE**

28.	Lee is not responsible or liable for any negligence which was a proximate cause of any alleged incident or damages of which plaintiff and Air China allege.

**AS AND FOR A SIXTH
AFFIRMATIVE DEFENSE**

30.	Plaintiff's state law claims are preempted by federal law, which govern this matter.

**AS AND FOR A SEVENTH
AFFIRMATIVE DEFENSE**

31.	Plaintiff failed to mitigate its damages, if any, and, therefore, plaintiff and Air China are barred from recovering any such damages from Lee.

**AS AND FOR AN EIGHTH
AFFIRMATIVE DEFENSE**

32.	Plaintiff's complaint and Air China's cross-claims should be dismissed, as the United States District Court for the Southern District of New York is an improper venue and/or the action should be transferred pursuant to 28 U.S.C. §1404.

**AS AND FOR A NINTH
AFFIRMATIVE DEFENSE**

33.	Plaintiff's complaint and Air China's cross-claims should be dismissed pursuant to the doctrine of forum non conveniens.

WHEREFORE, Defendant Los Angeles El Paso Express Lee, Inc. demands judgment be entered herein: (1) dismissing Air China Ltd,'s cross-claims against it with prejudice, together with interest, costs, disbursements and attorney fees incurred herein; and (2) for such other further and/or different relief as this court may deem just and proper.

Dated: New York, New York
June 23, 2008

                                By:    /s/ Barry N. Gutterman
                                          Barry N. Gutterman, Esq. (BG6410)
                                          Barry N. Gutterman & Associates, P.C.
                                          60 East 42nd Street, 46th Floor
                                          New York, New York  10165
                                          Phone: (212) 983-1466
                                          Fax: (212) 983-1229

                                          Attorneys for Defendant
                                          Los Angeles El Paso Express Lee, Inc.

To:    Edward C. Radzik, Esq.
        Matthew Todd Loesberg, Esq.
        McDermott & Radzik, LLP
        Wall Street Plaza
        88 Pine Street – 21st Floor
        New York, New York 10005-1801
        (212) 376-6400

        Attorneys for Plaintiff


        Andrew J. Harakas, Esq.
        Clyde & Co. US LLP (NYC)
        The Chrysler Building
        405 Lexington Avenue
        New York, New York 10174

        Attorneys for Defendants
        China Eastern Airlines Co., Ltd.
        China Cargo Airlines, Ltd.
        Air China, Ltd.


        Shanghai Eastern Fudart Transport Services Co., Inc.
        5481 W. Imperial Highway, Suite 316
        Los Angeles, California 90045

Dart Express (Taiwan) Ltd.
Room A& D 20/F
International Trade Building
No. 388 Hubin South Road, 361004
Xiamen, China


Ultra Air Cargo, Inc.
555 Isis Avenue
Inglewood, California 90301


Truxton Logistics Corp.
P.O. Box 83104
Los Angeles, California 90045


LE-2901.AAD.Cross Claims Air China